FILED
JAN -9 2008
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 2:08-CR-8-MHT |
| v. ) | [18 U.S.C. §§ 641 and 2] |
| ) | |
| ANDREW D'ANGELO GARRETT, ) | |
|     a/k/a Andrew Garrett, ) | |
|     a/k/a Andrew A. Garrett, ) | |
|     a/k/a Andrew R. Garrett, and ) | INDICTMENT |
|     a/k/a "Dee." ) | |

The Grand Jury charges:

## COUNTS 1-8

1. At all times relevant to this Indictment, the defendant, **ANDREW D'ANGELO GARRETT**, was a resident of Montgomery, Alabama.

2. On or about the following dates, the following applications were filed in the following names with the Federal Emergency Management Agency ("FEMA"), an agency within the United States Department of Homeland Security, for benefits in connection with Hurricane Katrina claiming damage to the following addresses:

| Applicant Name | Application Number | Application Date | Claimed Damaged Address |
|---|---|---|---|
| Andrew R. Garrett | 93-1167169 | September 11, 2005 | 2700 Whitney Ave., Apt 804 Harvey, LA |
| Andrew Garrett | 91-2085768 | September 15, 2005 | 2700 Whitney Ave., Apt. 808 Harvey, LA |
| Andrew Garrett | 92-1354376 | September 19, 2005 | North Rampart New Orleans, LA |
| Andrew A. Garrett | 93-1314618 | September 24, 2005 | 8418 1/2 Apple St. New Orleans, LA |

3. Each of these applications falsely represented that Garrett had rented the above-mentioned claimed addresses as his primary residence. In fact, Garrett did not reside in Louisiana, and did not suffer the losses claimed.

4. FEMA accepted the applications and caused eight United States Treasury checks– four in the amount of $2,000, two in the amount of $2,358, and two in the amount of $5,195.76– to be mailed to Hood in Montgomery, Alabama. Hood, while aiding and abetting and while being aided and abetted by other persons both known and unknown to the Grand Jury, received each of the checks and cashed them.

5. On or about the dates set forth below, in Montgomery County, within the Middle District of Alabama, and elsewhere, the defendant,

**ANDREW D'ANGELO GARRETT,**

did, while aiding and abetting and while being aided and abetted by other persons both known and unknown to the Grand Jury, embezzle, steal, purloin, and knowingly convert to his own use money and things of value of the United States and of a department and agency thereof, in an amount in excess of $1,000, and did receive, conceal, and retain the same with the intent to convert it to his use and gain, knowing it to have been embezzled, stolen, purloined and converted as described below:

| COUNT | DATE | ITEM |
|---|---|---|
| 1 | September 14, 2005 | FEMA disaster assistance funds in the amount of $2,000, check number 222123105296. |
| 2 | September 29, 2005 | FEMA disaster assistance funds in the amount of $2,358, check number 222123578640. |
| 3 | January 11, 2006 | FEMA disaster assistance funds in the amount of $5,195.76, check number 222124783659. |
| 4 | September 19, 2005 | FEMA disaster assistance funds in the amount of $2,000, check number 222123241545. |
| 5 | October 12, 2005 | FEMA disaster assistance funds in the amount of $2,358, check number 222123777043. |
| 6 | January 17, 2006 | FEMA disaster assistance funds in the amount of $5,195.76, check number 222124750920. |
| 7 | September 29, 2005 | FEMA disaster assistance funds in the amount of $2,000, check number 222123363180. |
| 8 | September 30, 2005 | FEMA disaster assistance funds in the amount of $2,000, check number 221123550857. |

All in violation of Title 18, United States Code, Sections 641 and 2.

A TRUE BILL:

*Marie A. Fuling*
Foreperson

*Leura␣G.␣Canary*
LEURA G. CANARY
United States Attorney

*Christopher␣A.␣Snyder*
CHRISTOPHER A. SNYDER
Assistant United States Attorney

3