IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:08cr008-MHT |
| | ) | |
| ANDREW D'ANGELO GARRETT | ) | |

## ORDER

Defendant ANDREW D'ANGELO GARRETT's arraignment on the pending indictment could not be completed at his initial appearance. Accordingly, it is

ORDERED that arraignment for this defendant be and is hereby set for March 26, 2008 at 9:30 a.m. before U. S. Magistrate Judge Terry F. Moorer in Courtroom 4A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this 5th day of March, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE