**I IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** } | |
| Plaintiff, } | |
| } | |
| v. } | Case No. 2:08-cr-0008-SRW |
| } | |
| **ANDREW D'ANGELO GARRETT,** } | |
| Defendant. | |

**DEFENDANT'S REQUEST TO EXTEND TIME TO FILE DEFENDANT'S MOTION TO FILE NOTICE OF INTENT TO CHANGE PLEA, AND DEFENDANT'S NOTICE TO CHANGE PLEA**

COMES NOW, Andrew D'Angelo Garrett, by and through his attorney of record, Michael L. Kidd, hereby respectfully request that the time be extended to file Notice of Intent to Change Plea and the Defendant be allowed to file a Notice to Change Plea from not guilty to guilty in the above cause. In support of said motion the Defendant would offer the following:

1. Undersigned counsel left the continental United States to travel to Petersburg Alaska on or about June 5th, 2008 where he remained until June 13th, 2008.

2. Prior to leaving for said trip, undersigned counsel had been in negotiations with the government where a potential plea arrangement had been discussed.

3. Once undersigned counsel was provided with a proposed plea agreement, undersigned counsel unsuccessfully attempted to file Notice of Intent to Change Plea from a remote location in Alaska prior to the cut off date for filing said motion.

WHEREFORE in the interest of justice the Defendant respectfully request that time be extended to allow him to file Notice of Intent to Change Plea and he be allowed to change his plea from not guilty to guilty in the above cause. Said defendant has no objection to entering said plea before the United States Magistrate Judge.

Respectfully submitted on this the 16th day of June, 2008.

S/ Michael L. Kidd
**MICHAEL L. KIDD (KID001)**
Attorney for the Defendant
22 Scott Street
Montgomery, AL  36104
Telephone:   (334) 834.5433
Facsimile:    (334) 265.1926
uakidd@netzero.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 16th, 2008, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Chris Snyder
United States Attorney
Post Office Box 197
Montgomery, AL  36101

s/ Michael L. Kidd
**of COUNSEL**