**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 17, 2008

# NOTICE OF DEFICIENCY

To:              Michael Kidd

From:            Clerk's Office

Case Style:      USA vs. Andrew D'Angelo Garrett
Case Number:     2:08cr8-MHT

Referenced Pleading:    Document #19
                        Motion to Withdraw Plea of Guilty Plea

**A Notice of Deficiency has been filed in the above referenced case to reflect that the above referenced pleading is deficient in that the document is filed as a Motion to Withdraw Plea of Guilty but is styled and should have been filed as a Motion to Extend Time to File a Notice of Intent to Change Plea. The Motion to Withdraw will be termed as filed in error and the document will be filed correctly as a Motion to Extend Time to File a Notice of Intent to Change Plea by this office.**