**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 18, 2008

# SECOND NOTICE OF DEFICIENCY

| | |
|---|---|
| **To:** | Michael Kidd |
| **From:** | Clerk's Office |
| **Case Style:** | USA vs. Andrew D' Angelo Garrett |
| **Case Number:** | 2:08cr8-MHT |
| **Referenced Pleading:** | Document #21 |
| | Motion to Withdraw Plea of Guilty |

**A Notice of Deficiency has been filed in the above referenced case to reflect that the above referenced pleading is deficient in that the document (PDF) filed does not agree with the docket entry and the incorrect event code was selected. The Motion to Withdraw will be termed as filed in error. Please contact me soon as possible regarding the document.**