IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  Plaintiff, | }<br>}<br>} |
| v. | } Case No. 2:08-cr-0008-SRW<br>} |
| ANDREW D'ANGELO GARRETT,<br>  Defendant. | }<br>} |

### NOTICE OF INTENT TO CHANGE PLEA

COMES NOW, Andrew D'Angelo Garrett, by and through his attorney of record, Michael L. Kidd, hereby respectfully request that the Defendant be allowed to change his initial plea from arraignment of not guilty to guilty and enter a into a plea agreement with the government pursuant to Rule 11(c) of the Federal Rules of Criminal Procedure. Said defendant has no objection to entering said plea before the United States Magistrate Judge.

Respectfully submitted on this the 18th day of June, 2008.

S/ Michael L. Kidd
**MICHAEL L. KIDD (KID001)**
Attorney for the Defendant
22 Scott Street
Montgomery, AL  36104
Telephone:   (334) 834.5433
Facsimile:   (334) 265.1926
uakidd@netzero.com

### CERTIFICATE OF SERVICE

I hereby certify that on June 18th, 2008, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

United States Attorney
Post Office Box 197
Montgomery, AL  36101

s/ Michael L. Kidd
**of COUNSEL**